UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Jose Remedios Escalera, Pedro Trujillo, Carlos Rios Escalera, Miguel Luna Lopez, Noe S. Tavera, Ernesto Escalero, Jesus Escalera, Gabriel Prado, Gerardo Sanches and Simon Mares<br><br>                Plaintiffs,<br><br>vs.<br><br>Stankunas Concrete, Inc. and Frank Statkunas, an individual<br><br>                Defendants. | CIVIL ACTION FILE<br><br>NO. 1:11-cv-251-TCB |

## **DEFAULT JUDGMENT**

The defendants Stankunas Concrete, Inc. and Frank Statkunas, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Timothy C. Batten, Sr., United States District Judge, by order of 5/2/12, having directed that judgment issue in favor of plaintiffs and against the defendants, it is hereby

**ORDERED AND ADJUDGED**, that plaintiffs Jose Remedios Escalera, Carlos Rios Escalera, Jesus Escalera, Ernesto Escalero, Miguel Luna Lopez, Simon Mares, Gabriel Prado, Gerardo Sanches, Noe S. Tavera and Pedro Trujillo recover from defendants, Stankunas Concrete, Inc. and Frank Statkunas jointly and severally as follows: Jose Remedios Escalera in the amount of $10,164.10, Carlos Rios Escalera in the amount of $1,830.30, Jesus Escalera in the amount of $3,299.73, Ernesto Escalero in the amount of $7,959.25, Miguel Luna Lopez in the amount of $9,075.45, Simon Mares in the amount of $9,962.56, Gabriel Prado in the amount $3,768.00, Gerardo

Sanches $7,740.87, Noe S. Tavera in the amount of $8,498.00 and Pedro Trujillo in the amount of $6,556.54 plus attorney fees in the amount of $10,962.50

Dated at Atlanta, Georgia this 2nd day of May, 2012.

                                            JAMES N. HATTEN
                                            CLERK OF COURT

By:    */s/ Janice Micallef*
                                            Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   May 2, 2012
James N. Hatten
Clerk of Court
   */s/ Janice Micallef*
By: _____
      Deputy Clerk